FILED 08 MAY 15 13:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERESA F. PADGETT,

       Plaintiff,                        CV-08-0170-MA

      v.                                      JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

      Based on the record and the stipulation of the parties,

      IT IS ORDERED AND ADJUDGED that this matter is remanded to the Commissioner of Social Security, pursuant to Sentence Six of 42 USC § 405(g), for further action by the Commissioner.

      Dated this __14__ day of May, 2008.

                                          /s/ Malcolm F. Marsh
                                          Malcolm F. Marsh
                                          United States District Judge

1 - JUDGMENT